# United States District Court
## Violation Notice

**CVB Location Code:** M2

**Violation Number:** F06I0032
**Officer Name:** Wallace
**Officer No.:** 2496

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/26/2024 12:00
**Offense Charged:** FED 36 CFR 261.10E

**Place of Offense:** Forest road 711 / Skalkaho Highway

**Offense Description: Factual Basis for Charge**
36 CFR 261.10E - ABANDON PERSONAL PROPERTY

**HAZMAT:** ☐

F06I0032

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Linton
**First Name:** Jonathan
**M.I.:** L

**Street Address:**

**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M  ☐ F
**Race:**  **Hair:**  **Eyes:**  **Height:**  **Weight:**

### VEHICLE

**VIN:** 1GCGK29K9SE240064  **CMV:** ☐

**Tag No.:** CPX502
**State:** MT
**Year:** 1995
**Make/Model:** CHEV/C25
**PASS:** ☐
**Color:** GRN

**A [X]** IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B ☐** IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**Forfeiture Amount**
$ 30.00  **Processing Fee**
**PAY THIS AMOUNT**  **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 201 E. Broadway, Missoula, Montana 59802
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F06I0032

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  07/26/2024  while exercising my duties as a law enforcement officer in the _____ District of  MT

Pursuant to 16USC 551: On 7/20/2024 I received a report from a Forest Service (FS) employee about a truck and camper in the bed of the truck that was left behind in a concerning manner on forest road 5738. This is located on the Darby Ranger District of the Bitterroot National Forest. I was provided photographs of the report, and they showed that the truck was parked facing up the mountain side, the camper was halfway in the bed of the truck, and the back portion of the camper wall and door was hanging on by the paneling.

The pickup truck was a green Chevrolet with a Montana license plate of CPX502. I ran the license plate through Omnixx Force and they returned as stolen. The originating agency was the Minneapolis Police Department (MPD). MPD was contacted and requested the license plates be seized. The camper was an older model Cascade that is brown and white in color.

In the window of the camper was a note stating that the owner of this vehicle is Jonathan LINTON. The note said it was stolen and found like this and he left to go get tools to try and fix it. The phone number (406)370-6553 was left at the bottom of the note.

On 7/24/2024 the same FS employee returned to the area and discovered that the pickup truck was gone, and the camper was left rolled over on its side. On 7/26/2024, at around 1233 hrs., I called the phone number left on the note and a person who identified himself as LINTON answered the phone.

LINTON stated that he was not going to leave the camper, but he was working on getting it removed. LINTON admitted that the camper was on his truck, and I asked LINTON if the camper belonged to him. He said it did not and that he did not know who the camper belonged to.

Inside of the camper were items indicating that the camper belonged to LINTON. There was a Narcan package that was prescribed to Jonathon LINTON. There was a message on the

The foregoing statement is based upon:


I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  07/26/2024
Date (mm/dd/yyyy)           Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)           U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident