UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:24-PO-5123-KLD |
|---|---|
| Plaintiff, | Ticket Number: F06I0032 |
| vs. | Location Code: M2 |
| | Disposition Code: PN |
| JONATHAN L. LINTON, | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

The Defendant, Jonathan L. Linton, was present in court and entered a plea of guilty to the charge of: ABANDON PERSONAL PROPERTY.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay restitution in the amount of $500.00 plus $40.00 in fees for ABANDON PERSONAL PROPERTY. **Defendant has paid the $40.00 in fees.**

2. **Defendant shall pay restitution to the Forest Service in the amount of $500.00.** Defendant shall pay the restitution in monthly installments of $25.00, beginning on March 14, 2025, and continuing on the 14th of every month thereafter until the restitution amount is paid in full.

Defendant is directed to send her restitution payments to the following

address:  U.S. Clerk of Court
P.O. Box 8537
Missoula, MT 59807

- The memo on the check or money order shall reference:
  *"Jonathan Linton – Bitterroot National Forest / Case No. F06I0032"*

The Clerk of Court is directed to disburse the restitution to:

>ASC B&F Billings Branch (OTC)
>Attn: B&F Collections Officer
>4000 Masthead St NE
>Albuquerque, NM 87109

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 5, 2024.

December 9, 2024
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge